552

of Alabama, and *William H. Loeb,* Assistant Attorney General, for respondents.

No. 803. UNITED STATES *v.* EMORY ET AL. April 7, 1941. Petition for writ of certiorari to the Springfield Court of Appeals, of Missouri, granted. *Solicitor General Biddle* for the United States.

No. 817. ROYAL INDEMNITY Co. *v.* UNITED STATES. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Harry S. Hall* and *Nathaniel E. Wheeler* for petitioner. *Solicitor General Biddle* for the United States.

No. 853. UNITED STATES *v.* A. S. KREIDER Co. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biddle* for the United States. *Mr. Donald Horne* for respondent.

No. 863. CITY OF NEW YORK *v.* FEIRING, TRUSTEE IN BANKRUPTCY. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Mr. Benjamin Siegel* for respondent.

No. 833. PIERCE *v.* UNITED STATES. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE BLACK